*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 6, 2015 520186
_____

In the Matter of TONY McGEE,
                    Petitioner,

        v                                MEMORANDUM AND JUDGMENT

R.K. SMITH, as Custodial
    Maintenance Teacher, et al.,
                    Respondents.
_____

Calendar Date:  June 8, 2015

Before:  Lahtinen, J.P., Rose, Lynch and Clark, JJ.

_____

        Tony McGee, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Sullivan Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination that found him guilty of being out of place and a movement regulation violation.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account.  Petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (see Matter of Ponder v Annucci, 128 AD3d 1255, 1255 [2015]; Matter of Raduns v Prack,

122 AD3d 995, 995-996 [2014]).  In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of McCaskell v Department of Corr. & Community Supervision, 128 AD3d 1208, 1208-1209 [2015]; Matter of Bain v Annucci, 127 AD3d 1533, 1533 [2015]).

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court